OPINION — AG — ** BEER LICENSE — LEASE — BUILDING ** RELATING TO ISSUANCE OF BEER LICENSES WILL AUTHORIZE THE ISSUANCE OF SUCH A LICENSE TO A PERSON HOLDING A LEASE UPON A BASEMENT OF A BUILDING, THE UPPER FLOORS OF WHICH CONSTITUTE A HOTEL. (BEER LICENSE, ALCOHOL, LIQUOR LICENSE) CITE: 37 O.S. 163.11 [37-163.11], 37 O.S. 214 [37-214] [37-214], 37 O.S. 216 [37-216] (SAM H. LATTIMORE)